AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Uliyahu Hayah (AKA: Uliyahu Ben'Arie Hayah, Wiyaha B Hayah, Uliyahu Benarie Hayah, Lemon Raetheon Williams, Le Mon Williams)<br>DOB: XXXXXX<br>*Defendant(s)* | Case: 1:21-mj-00577<br>Assigned to: Judge Harvey, G. Michael<br>Assign Date: 8/25/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assaulting, Resisting, or Impeding Certain Officers or Employees; |
| 18 U.S.C. § 231(a)(3) | Civil Disorder; |
| 18 U.S.C. § 1752(a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; |
| 18 U.S.C. § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds; |
| 18 U.S.C. § 1752(a)(4) | Engaging Physical Violence in Restricted Building or on Restricted Grounds; |
| 40 U.S.C. § 5104(e)(2)(D) | Violent Entry and Disorderly Conduct on Capitol Grounds; |
| 40 U.S.C. § 5104(e)(2)(F) | Engage in an Act of Physical Violence in the Grounds or any Capitol Building; |
| 40 U.S.C. § 5104(e)(2)(G) | Parade, Demonstrate, or Picket in any of the Capitol Buildings. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Marc Esposito, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 08/25/2021

*Judge's signature*

City and state: Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*