AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Uliyahu Hayah (AKA: Uliyahu Ben'Arie Hayah, Wiyaha B Hayah, Uliyahu Benarie Hayah, Lemon Raetheon Williams, Le Mon Williams )<br>*Defendant* | ) Case: 1:21-mj-00577<br>) Assigned to: Judge Harvey, G. Michael<br>) Assign Date: 8/25/2021<br>) Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Uliyahu Hayah__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers or Employees;
18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging Physical Violence in Restricted Building or on Restricted Grounds;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(F) - Engage in an Act of Physical Violence in the Grounds or any Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket in any of the Capitol Buildings.

Date: 08/25/2021

Digitally signed by G. Michael Harvey
Date: 2021.08.25 10:47:04 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.    G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* August 25, 2021, and the person was arrested on *(date)* August 26, 2021
at *(city and state)* FAIRFAX, VA.

Date: August 29, 2021

Marc A Esposito
*Arresting officer's signature*

Marc A Esposito, Special Agent
*Printed name and title*